5900.  GEORGE *v.* SHIELDS.

WADE, J. 1. The evidence authorized the verdict.
2. The execution of the instrument sued upon was **not brought into** question by plea of non est factum, and there was no error in permitting the payee therein named to make proof of the signature thereto attached, and in allowing it to be introduced in evidence.
                                              *Judgment affirmed.*
DECIDED JUNE 25, 1915.

Appeal; from Jackson superior court—Judge Brand. May 9, 1914.

*Ray & Ray,* for plaintiff in error.  *P. Cooley,* contra.